UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JAMES MILLS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. DEEMS, *et al.*<br><br>Defendants. | No.  2:22-cv-1738-TLN-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees, totaling $402.00.

The revised *in forma pauperis* application form includes a section that must be completed by a prison official, which must be accompanied by a certified copy of the prisoner's prison trust account statement for the six-month period immediately preceding the filing of this action. However, this section is for non-CDCR incarcerated prisoners only.  Because plaintiff is housed

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are not required to pay the $52.00 administrative fee.

1

in CDCR custody, CDCR will email plaintiff's certified financial information directly to the court. Plaintiff will still need to provide a signed and dated application to proceed *in forma pauperis*.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:   November 1, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE